**DISMISS, and Opinion Filed October 30, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01046-CV

**KEVIN FRANCIS THOMAS AND JENIFER BRODERICK-THOMAS, Appellants**
**V.**
**STATE OF NEW YORK, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-01077-2011**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis
Opinion by Justice Lewis

Before the Court is appellants' motion to dismiss the appeal. Appellants have informed the Court that they no longer wish to pursue the appeal. Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David Lewis/
DAVID LEWIS
JUSTICE

131046F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KEVIN FRANCIS THOMAS AND
JENIFER BRODERICK-THOMAS,
Appellants

No. 05-13-01046-CV      V.

STATE OF NEW YORK, Appellee

On Appeal from the 380th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 380-01077-2011.
Opinion delivered by Justice Lewis.
Justices Bridges and Fillmore, participating.

       In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

       It is **ORDERED** that appellee, STATE OF NEW YORK, recover its costs of this appeal from appellants, KEVIN FRANCIS THOMAS AND JENIFER BRODERICK-THOMAS.


Judgment entered this 30th day of October, 2013.


/David Lewis/

DAVID LEWIS
JUSTICE